ZHEJIANG LAYO WOOD INDUSTRY CO., LTD., Plaintiff–Appellee,

and

Fine Furniture (Shanghai) Limited, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee,

v.

The Coalition for American Hardwood Parity, Defendant–Appellant.

No. 2014–1565.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2014.

Gregory S. Menegaz, Esq., Dekieffer & Horgan, PLLC, Washington, DC, Kristin Heim Mowry, Jill A. Cramer, Jeffrey S. Grimson, Daniel Robert Wilson, Attorney, Sarah M. Wyss, Mowry & Grimson, PLLC, Washington, DC, for Plaintiff-Appellee.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Department of Justice International Trade Field Office, New York, NY, Jeffrey Steven Levin, Esq., Counsel, Levin Trade Law PC, Bethesda, MD, for Defendant-Appellant.

## ON MOTION

## ORDER

The Coalition for American Hardwood Parity moves without opposition to volun-

tarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof, IT IS ORDERED THAT:

(1) The motion is granted.

(2) Zhejiang Layo Wood Industry Co., Ltd.'s motion for summary affirmance is denied as moot.

(3) Each side shall bear its own costs.